

**NUMBER 13-13-00130-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**DAVID WOOD,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

On appeal from the 319th District Court
of Nueces County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to abate appeal to supplement the record. The clerk's record was filed on March 25, 2013, and a supplemental record was filed on August 19, 2013. Appellant has advised this Court that the reporter's record, volume 5, makes reference to a verdict that was faxed to the parties

"right before Christmas" of 2012, however the verdict was not made part of the clerk's record. Appellant requests that this appeal be abated to the trial court for completion of the record.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id.* R. 37.3(a)(1). Appellant's motion to abate the appeal to supplement the record is GRANTED and this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine if the clerk's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under rule 34.5(e), if necessary. *See id.* R. 37.3 (a)(1). Otherwise, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete clerk's record and shall enter any orders required to avoid further delay and to preserve the parties' rights. If a filing designated for inclusion in the clerk's record has been lost or destroyed and the parties cannot agree, by written stipulation, for a copy of that item to be included in a supplemental record, the trial court shall determine what constitutes an accurate copy of the missing item and order it to be included in the clerk's supplemental record.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of December, 2013.